

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DIANA RUIZ ESPARZA, | § | No. 08-13-00259-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| THE UNIVERSITY OF TEXAS AT EL PASO, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC#2012DCV02870) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's judgment dismissing Appellant's age, sex, and national origin discrimination claims. We therefore reverse the trial court's judgment dismissing Appellant's age, sex, and national origin discrimination claims to the extent they are not based on disparate pay, and remand those claims to the trial court to afford Appellant the opportunity to amend her pleadings, in accordance with the opinion of the Court.

We affirm the trial court's dismissal of Appellant's claims for disparate pay, hostile work environment, and retaliation.

We further order that Appellant and Appellee each pay one-half (1/2) the costs in this Court, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF AUGUST, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.